IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
)
Plaintiff )
)
v. )   Civ. No. 05-011-JJF
)
Warden Carroll, and )
)
Captain Sagers, )
)
Defendants. )

Original

FILED
APR 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion to Dismiss

Upon reason, Plaintiff seeks to have this above action dismiss totally.

April 18, 2005

Cordially,

Devearl L. Bacon

## Certificate of Service

I, __Jevearl Bacon__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion to Dismiss__ _____ upon the following parties/person (s):

TO: Jane Brady
Attorney General
820 N. French St.
Wilmington, Del. 19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __18__ day of __April__, 2005

IM Deverel L. Bacon
SBI# 00242 UNIT 21-C-U-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Court
844 N. King St - Lockbox 18
Wilmington, Del.
19801