IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-011-JJF |
| | ) |
| WARDEN CARROLL, and CAPTAIN SAGERS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, Devearl L. Bacon, SBI #221242, is a prisoner incarcerated at the Delaware Correctional Center in Smyrna, Delaware, and on January 11, 2005, plaintiff filed a complaint under 42 U.S.C. § 1983;

WHEREAS, on February 2, 2005, this Court granted the plaintiff leave to proceed in forma pauperis assessed $6.20 as an initial partial filing fee, and ordered the plaintiff to file an authorization form within thirty (30) days from the date the order was sent or the case would be dismissed without prejudice (D.I. 4);

WHEREAS, on February 14, 2005, the plaintiff filed the authorization form (D.I. 5);

WHEREAS, on April 22, 2005, the plaintiff filed a motion to voluntarily dismiss his complaint pursuant to Fed. R. Civ. Pro. 41(a) (D.I. 6);

THEREFORE, at Wilmington this 27 day of April, 2005, IT IS ORDERED that the plaintiff's motion is GRANTED. The complaint shall be DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge